1  Gregory B. Thomas (SBN 239870)
   E-mail:  gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail:  tpeters@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
4  Oakland, CA  94612-3501
   Tel: 510.273.8780   Fax: 510.839.9104
5

6  Attorneys for Defendant
   DANNY SWANSON

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  JANE DOE,                              Case No.  2:18-cv-00667-TLN-AC

12              Plaintiff,                 **STIPULATION AND ORDER FOR
                                           EXTENSION OF TIME TO FILE
13  v.                                     RESPONSE TO FIRST AMENDED
                                           COMPLAINT**
14  SAN JOAQUIN COUNTY, SHERIFF
    STEVE MOORE, DANNY SWANSON             **[Civ. L. Rule 144; Fed. R. Civ. P. 6]**
15  AND DOES 1-25,

16              Defendants.

17         Pursuant to Eastern District Civil Local Rule 144, and Federal Rule of Civil Procedure 6,

18  Plaintiff Jane Doe ("Plaintiff") and Defendants San Joaquin County, Sheriff Steve Moore and

19  Danny Swanson (collectively "Defendants"), by and through their attorneys of record, hereby

20  stipulate to an extension of time for Defendants to move, plead, or otherwise respond to

21  Plaintiff's First Amended Complaint, as follows:

22         1.      On June 9, 2019, Plaintiff filed a First Amended Complaint against Defendants

23  alleging various federal constitutional and state law claims in the United States District Court for

24  the Eastern District of California (2:18-cv-00667-TLN-AC).

25         2.      Under Federal Rule of Civil Procedure 15(a)(3), Defendants currently must file

26  their responses to the First Amended Complaint by June 24, 2019.

27         3.      Plaintiff and Defendants are scheduled to mediate this matter on August 5, 2019, at

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND
                                           STIPULATION AND ORDER FOR
OAK #4826-4919-7977 v1                     EXTENSION OF TIME TO FILE
                                           RESPONSIVE PLEADINGS

ADR Services in Oakland, California, to attempt to resolve the lawsuit.

4.     Mediation may obviate the need for Defendants to file a response to the First Amended Complaint.

5.     On June 10, 2019, Plaintiff and Defendants, through their respective counsel of record, met and conferred regarding the suitability of extending Defendants' time to respond to the First Amended Complaint pending the outcome of mediation under Eastern District Civil Local Rule 144 and Federal Rule of Civil Procedure 6.

6.     An appropriate extension of time to respond to the First Amended Complaint, beyond the scheduled mediation date, would exceed the twenty-eight (28) days allowed under Eastern District Civil Local Rule 144 without Court approval.

7.     This is the first stipulation for an extension of time to file a response to the First Amended Complaint.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record, that:

(1)     Defendants San Joaquin County and Sheriff Steve Moore's deadline to move, plead, or otherwise respond to the First Amended Complaint is extended through and including August 19, 2019.

///
///
///
///
///
///
///
///
///
///
///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

STIPULATION AND ORDER FOR
EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS

(2)     Defendant Danny Swanson's deadline to move, plead, or otherwise respond to the First Amended Complaint is extended through and including August 19, 2019.

**IT IS SO STIPULATED.**

Dated:  June 13, 2019                           BURKE, WILLIAMS & SORENSEN, LLP


By: */s/ Gregory B. Thomas, Esq.*
    Gregory B. Thomas
    Temitayo O. Peters
    Attorneys for Defendant
    DANNY SWANSON

Dated:  June 13, 2019


By: */s/ Stanley Goff, Esq. (authorization*
    *obtained via email on 6/13/19)*
    Stanley Goff, Esq.
    Attorneys for Plaintiff
    JANE DOE

Dated:  June 13, 2019                           HERUM CRABTREE SUNTAG


By: */s/ Dana A. Suntag, Esq. (authorization*
    *obtained via email on 6/13/19)*
    Dana A. Suntag, Esq.
    Attorneys for Defendants
    SAN JOAQUIN COUNTY and SHERIFF
    STEVE MOORE

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

- 3 -

STIPULATION AND ORDER FOR
EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS

## ORDER EXTENDING TIME TO FILE
## RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**IN CONSIDERATION** of the parties' Stipulation extending Defendants' time to file a response to Plaintiff's First Amended Complaint, and for good cause shown therein, it is **ORDERED** that Defendants' deadline to move, plead, or otherwise respond to Plaintiff's First Amended Complaint is extended from July 1, 2019 through and including August 19, 2019.

Dated: June 13, 2019

_____
Troy L. Nunley
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND