DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for Defendants
THE COUNTY OF SAN JOAQUIN and
SHERIFF STEVE MOORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY; SHERIFF STEVE MOORE, DANNY SWANSON, and DOES 1 through 25,<br><br>    Defendants. | Case No.: 2:18-cv-00667-TLN-AC<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT PENDING SETTLEMENT**<br><br>**[E.D. Local Rule 144; Fed. R. Civ. P. 6]** |

Pursuant to Eastern District Civil Local Rule 144 and Federal Rule of Civil Procedure 6, Defendants San Joaquin County, Sheriff Steve Moore, and Danny Swanson (collectively "Defendants") and Plaintiff Jane Doe ("Plaintiff"), by and through their attorneys of record, stipulate to an extension of time for all Defendants to move, plead, or otherwise respond to Plaintiff's First Amended Complaint ("FAC"), as follows:

1. On June 9, 2019, Plaintiff filed her FAC, alleging various federal and state law claims.

2. The parties agreed to conduct a mediation; therefore, on June 13, 2019, the parties filed a stipulation extending Defendants' time to respond to Plaintiff's FAC to August 19, 2019, pending the mediation, which the Court so ordered on June 14, 2019.

3. On August 5, 2019, all parties and their counsel attended the mediation. At the mediation, they were able to reach a global settlement of the entire action subject to certain specific conditions. If the conditions are satisfied, this entire action will be dismissed with prejudice.

4. The parties anticipate it will take approximately 60 days to finalize the settlement documents and perform these conditions.

5. The parties thus request that Defendants' time to move, plead, or otherwise respond to Plaintiff's FAC be extended 90 days, through and including November 18, 2019. There is no trial date and the Court has not yet issued a Rule 16 scheduling order.

Based on the foregoing, IT IS STIPULATED, by and between all parties through their respective counsel of record, that:

(1) Defendants San Joaquin County and Sheriff Steve Moore's deadline to move, plead, or otherwise respond to the FAC be extended through and including November 18, 2019.

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(2) Defendant Danny Swanson's deadline to move, plead, or otherwise respond to the FAC be extended through and including November 18, 2019.

**IT IS SO STIPULATED.**

Dated: August 7, 2019　　　　　　　　HERUM CRABTREE SUNTAG
*A California Professional Corporation*

By: */s/ Dana A. Suntag*
　　DANA A. SUNTAG
　　Attorneys for Defendants
　　COUNTY OF SAN JOAQUIN and
　　SHERIFF STEVE MOORE

Dated: August 7, 2019　　　　　　　　BURKE, WILLIAMS, & SORENSEN, LLP

By: */s/ Gregory B. Thomas*
　　GREGORY B. THOMAS
　　Attorneys for Defendant
　　DANNY SWANSON

Dated: August 7, 2019　　　　　　　　LAW OFFICES OF STANLEY GOFF

By: */s/ Stanley Goff*
　　STANLEY GOFF, ESQ.
　　Attorneys for Plaintiff
　　JANE DOE

### ORDER

IN CONSIDERATION of the parties' Stipulation, and for good cause shown therein, it is ORDERED that Defendants' deadline to move, plead, or otherwise respond to Plaintiff's First Amended Complaint is extended from August 19, 2019 through and including November 18, 2019.

Dated: August 7, 2019

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING